In the Matter of the Construction of the Will of SAMUEL BLUE-STEIN, Deceased. MURRAY GOODMAN et al., as Executors of SAMUEL BLUESTEIN, Deceased, Appellants; ROSE BLUESTEIN, Respondent.

Argued February 26, 1951; decided April 12, 1951.

*Ilo Orleans* for appellants.

*Harold M. Weinberg* for respondent.

Order affirmed, with costs to each party appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, and FROESSEL, JJ. FULD, J., dissents upon the ground that, in making a gift to his business associate of " any and all interest " in his accounting practice, the testator intended an absolute and unconditional bequest.